UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| MICHAEL D. ANDERSON | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:25-cv-00802-RGJ-RSE |
| | ) | |
| LAWRENCE "LARRY" FARMER, *et al.* | ) | |
| | ) | |
| Defendants | ) | |

*ELECTRONICALLY FILED*

---

**JOINT STATUS REPORT**

Come the parties, Plaintiff, Michael D. Anderson ("Plaintiff"), Defendant, Lawrence Farmer ("Detective Farmer"), and Defendant, James Clark ("Sergeant Clark"), by counsel, and pursuant to the Court's August 7, 2026 Scheduling Order, [R. 38], submit their joint status report as follows:

Since entry of the Court's Scheduling Order, the parties have exchanged initial disclosure statements pursuant to Fed. R. Civ. P. 26(a)(1) and are currently in the process of written discovery. Plaintiff propounded written discovery and requests for documents on August 19, 2026, and Detective Farmer propounded written discovery and requests for documents to Plaintiff on September 11, 2026. Answers and responses are pending completion as of this filing. Upon completion of written discovery, the parties anticipate scheduling party depositions to be completed by the current June 20, 2027 discovery deadline. Additionally, the parties continue to explore the possibility of an agreed resolution, and an initial settlement demand has been tendered. The parties do not request a settlement conference at this time.

Respectfully submitted,

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ Quiyarra McCahey
Quiyarra McCahey
Brendan R. Daugherty
Assistant Jefferson County Attorneys
200 S. Fifth St., Ste. 300N
Louisville, Kentucky 40202
PHONE: (502) 574-1423
erin.farnham@louisvilleky.gov
brendan.daugherty@louisvilleky.gov
*COUNSEL FOR DEFENDANT, JAMES CLARK,*

AND

/s/ Sara E. Collins (*with permission*)
Sara E. Collins
AGUIAR INJURY LAWYERS, PLLC
1900 Plantside Drive
Louisville, KY 40299
scollins@kylawoffice.com
*COUNSEL FOR PLAINTIFF, MICHAEL D. ANDERSON*

AND

/s/ Kenneth H. Decker (*with permission*)
Joseph C. Klausing
Kenneth H. Decker
O'BRYAN BROWN & TONER, PLLC
401 South Fourth Street, Suite 2200
Louisville, KY 40202
klausingj@obtlaw.com
deckerk@obtlaw.com
*COUNSEL FOR DEFENDANT, LAWRENCE FARMER*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned electronically filed the foregoing on November 9, 2026 using the Court's CM/ECF system which will send copies to counsel of record.

/s/ Quiyarra McCahey
*Counsel for Defendant, James Clark*